1907.) In the matter of the estate of Sylvester N. Leary, deceased.

PER CURIAM. Decree affirmed, with costs against the appellants personally. Order filed.

INGRAHAM, J., dissents.

LEDERER AMUSEMENT CO., Appellant, v. KERKER, et al., Respondents. (Supreme Court, Appellate Division, First Department. July 15, 1907.) Action by the Lederer Amusement Company against Gustave Kerker and others. F. Bien, for appellant. J. A. Douglas, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

LE ROY HYDRAULIC ELECTRIC & GAS CO., Appellant, v. MOUND et al., Respondents (five cases). (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Actions by the Le Roy Hydraulic Electric & Gas Company against Dominico Mound and others. No opinion. The motion to dismiss appeals having been made so late in the term, the same is denied, without costs, but without prejudice to the renewal thereof upon the first day of the ensuing September term.

In re LESSER'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of the estate of Huldah Lesser, deceased. No opinion. Order resettled, so as to provide that the costs be paid by the respondent, as administrator.

LEVENSON, Respondent, v. BRIGGS, Appellant. (Supreme Court, Appellate Division. Second Department. June 7, 1907.) Action by Morris Levenson against George Stuart Briggs. No opinion. Judgment and order unanimously affirmed, with costs.

LEVIN et al., Respondents, v. DIETZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Louis Levin and another against James E. Dietz. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. See 96 N. Y. Supp. 468.

LEVY, Appellant, v. GREEN, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Jacob Levy against Joseph Green. J. Manheim, for appellant. M. Esberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVY, Appellant, v. LEVY, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Sarah R. Levy against Ernest Levy. D. P. Hays, for appellant. G. G. Battle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEWISOHN v. LANSING CO. et al. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Adolph Lewisohn against the Lansing Company and others. No opinion. Motion denied, with $10 costs. Order filed.

LIEBERMAN, Respondent, v. SOLOMONSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Samuel Lieberman against Joseph Solomonson. No opinion. Judgment of the Municipal Court affirmed, with costs.

LINDEN, Appellant, v. THIERIOT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Emily Linden against Ferdinand M. Thieriot and others. L. L. Kellogg, for appellant. C. H. Ayres, Jr., for respondents. No opinion. Judgment affirmed, with costs, on 116 App. Div. 295, 101 N. Y. Supp. 568. Order filed. See 94 N. Y. Supp. 246.

LIPSCHITZ v. HALPERIN. NILES-BEMENT-POND CO. v. URY. HILL v. MULLER. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Actions by Mayer Lipschitz against Simon Halperin, by the Niles-Bement-Pond Company against Gustav Ury, and by Hugh Hill against Charles Muller. No opinion. Applications denied, with $10 costs in each case. Orders signed.

LISCHINSKY, Appellant, v. DOELGER et al. Respondents. (Supreme Court Appellate Division Second Department. June 28, 1907.) Action by Nochem Lischinsky against Charles A. Doelger and others. No opinion. Order dismissing appeal vacated, on condition that a proper return is filed and the case placed on the next calendar of this court.

LITTLE, Respondent, v. CITY OF NEW YORK et al.. Appellants. (Supreme Court. Appellate Division, Second Department. July 23, 1907.) Action by Ellen Little against the city of New York and others. No opinion. Order modified, by inserting a provision requiring the payment of $25 to each defendant as a condition of opening the default and, as so modified, affirmed, without costs.

LITTNER, Appellant, v. INTERURBAN ST. RY. CO.. Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Rose Littner, an infant, against the Interurban Street Railway Company. O. Horwitz, for appellant. H. G. Smyth, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J., dissents on the ground of error in charging last two requests of counsel for defendant. LAMBERT, J., dissents on the ground of error in charging second last request.

LOMBARD, Respondent, v. VOSHALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Jacob C. Lombard against Caroline P. Voshall. No opinion. Judgment and order affirmed, with costs.

LUDLAM, Respondent, v. LUDLAM, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Mary Ludlam against Henry A. Ludlam. C. M.